IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

ESTHER R. HUGHETT, )
)
v. ) 2:11-00075
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document #12, be denied and the decision of the Commissioner be AFFIRMED. No objections have been filed.

For the reasons set forth in the Report and Recommendation which is adopted by the Court as its findings of fact and conclusions of law, the decision of the Commissioner is supported by substantial evidence and the same is hereby affirmed.

The Motion for Judgment on the Administrative Record by the Plaintiff, Document #12, is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge